UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

     Plaintiff,

                                         Hon. Hala Y. Jarbou

v.

                                         Case No. 1:26-cr-29

DARIUS FRAZIER,

     Defendant.

_____/

**ORDER OF DETENTION**

     Defendant appeared before me on April 13, 2026, with appointed counsel for a detention

hearing under the Bail Reform Act of 1984, 18 U.S.C. § 3142(f).  After being advised of his rights,

including those attendant to a bond hearing, defendant waived his right to the hearing. I find that

his waiver was knowingly and voluntarily entered.

     Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney

General pending trial.

     DONE AND ORDERED on April 13, 2026.

                                      /s/ Sally J. Berens
                                      SALLY J. BERENS
                                      U.S. Magistrate Judge